UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CRIMINAL CLERK'S MINUTES at Las Cruces

CASE NUMBER: **02-4880M**   DATE: **May 28, 2002**   TAPE NUMBER: **LC 02-104**

PRESIDING JUDGE: **MOLZEN**   TYPE OF HEARING: **INITIAL PRESENTMENT**

DEFENDANT(S):   ATTORNEY(S):

**FRANCISCO JAVIER JAIME-BELTRAN**   **FPD STANDING IN - ROBERT MCDOWELL**
( X ) Appt'd.   ( ) Ret'd.
( ) Appt'd.   ( ) Ret'd.
( ) Appt'd.   ( ) Ret'd.
( ) Appt'd.   ( ) Ret'd.

USA by: **RENEE CAMACHO**, Asst. U. S. Attorney   Interpreter: **M RABINOVICH**

Pretrial / Probation Officer present: **MITZI WYATT**

__X__ Agent sworn

__X__ Court questions Defendant regarding his/her physical and mental conditions, address, date of birth, education **DOB: 12/3/71; EDUC: MIDDLE SCHOOL**

__X__ Court advises defendant(s) of possible penalties

__X__ Court advises defendant(s) of all constitutional rights

__X__ Court grants Government's_____ Defense__X__ oral motion to continue detention hearing; Detention hearing to be held within 5 days

____ Waiver of preliminary hearing & right to grand jury presentment filed in open court

____ Defendant(s) detained without bond as:   Risk of Flight_____ Danger to Community_____

____ Conditions of Release set at: _____

____ Other: _____