IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
02 MAY 28 PM 1:46

CLERK - LAS CRUCES

UNITED STATES OF AMERICA,

Plaintiff,

vs.  CR- 02-4880 M

FRANCISCO JAVIER JAIME-BELTRAN

Defendant.

**ORDER**

The financial indigence of the defendant to retain counsel having been established by the Court and the defendant not having waived the appointment of counsel,

**IT IS ORDERED** that the Federal Public Defender Organization, CARLOS IBARRA, AFPD, District of New Mexico, is hereby appointed to represent the defendant in this cause until further order of the Court.

_____
UNITED STATES MAGISTRATE JUDGE