UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CRIMINAL CLERK'S MINUTES at Las Cruces

CASE NUMBER: **02-4880M**       DATE: **May 30, 2002**       TAPE NUMBER: **LC 02-107**

PRESIDING JUDGE: **SMITH**       TYPE OF HEARING: **PRELIMINARY / DETENTION**

DEFENDANT(S):       ATTORNEY(S):

**FRANCISCO JAVIER JAIME-BELTRAN**   **CARLOS IBARRA**       ( X ) Appt'd.   ( ) Ret'd.

_____   _____   ( ) Appt'd.   ( ) Ret'd.

_____   _____   ( ) Appt'd.   ( ) Ret'd.

_____   _____   ( ) Appt'd.   ( ) Ret'd.

USA by: **PETER OSSORIO**, Asst. U. S. Attorney       Interpreter: **D MCNAMARA**

Pretrial / Probation Officer present: **LUPE GARCIA**

___ Agent sworn

___ Court questions Defendant regarding his/her physical and mental conditions, address, date of birth, education

___ Court advises defendant(s) of possible penalties

___ Court advises defendant(s) of all constitutional rights

___ Court grants Government's_____ Defense____ oral motion to continue detention hearing; Detention hearing to be held within 5 days

**X** Waiver of preliminary hearing & right to grand jury presentment filed in open court

**X** Defendant(s) detained without bond as:       Risk of Flight **X**   Danger to Community_____

___ Conditions of Release set at: _____

___ Other: